# EXHIBIT B

| Name | Position | Telephone |
|---|---|---|
| Linda A. Riffkin | Assistant U.S. Trustee | 212-510-0533 |
| Victor Abriano | Auditor | 212-510-0523 |
| Mark Bruh | Trial Attorney | 212-510-0502 |
| Amanda D. Cassara | Paralegal Specialist | 518-434-5754 |
| Shara Cornell | Trial Attorney | 212-510-0503 |
| Nadkarni Joseph | Analyst | 212-510-0517 |
| | | |
| Ercilia A. Mendoza | Legal Assistant (Bankruptcy/OA) | 212-510-0543 |
| Mary V. Moroney | Analyst | 212-510-0535 |
| Alaba Ogunleye | Auditor | 212-510-0511 |
| Ilusion Rodriguez | Paralegal Specialist | 212-510-0549 |
| Daniel Rudewicz | Trial Attorney | 212-510-0520 |
| Andrea B. Schwartz | Trial Attorney | 212-510-0539 |
| Paul K. Schwartzberg | Trial Attorney | 212-510-0521 |
| Sylvester Sharp | Analyst | 212-510-0514 |
| Rachael E Siegel | Trial Attorney | 212-510-0503 |
| Tara Tiantian | Trial Attorney | 212-510-0504 |

| Name | Position | Telephone |
|---|---|---|
| Andy Velez-Rivera | Trial Attorney | 212-510-0528 |
| Madeleine Vescovacci | Auditor | 212-510-0531 |
| Valentina Vlasova | Auditor | 212-510-0513 |
| Annie Wells | Trial Attorney | 212-510-0505 |
| Greg M. Zipes | Trial Attorney | 212-510-0527 |

Updated September 13, 2024

| Name | Position | Telephone |
|---|---|---|
| William K. Harrington | United States Trustee | 212-510-0507 |
| Olga S. Allen | Supervisory Auditor | 203-773-2210 |
| Carmen Davis | Administrative Officer | 603-333-2785 |

| JUDGES | CLERKS |
|---|---|
| • Chief Judge Martin Glenn<br>• Judge Lisa G. Beckerman<br>• Judge Philip Bentley<br>• Judge James L. Garrity, Jr.<br>• Judge David S. Jones<br>• Judge Sean H. Lane<br>• Judge John P. Mastando III<br>• Judge Cecelia G. Morris<br>• Judge Kyu Y. (Mike) Paek<br>• Judge Michael E. Wiles | Vito Genna, Clerk of the Court y Frances Fredericks, Divisional And the Judge's individual clerks. |

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-11375<br>SOUTHERN DISTRICT OF NEW YORK<br>MON JUL 21 6-47-20 PST 2025 | 1300 DESERT WILLOW ROAD  LLC<br>150 E 78TH STREET<br>NEW YORK  NY 10075-0413 | ROMSPEN INVESTMENT LP  AS AGENT AND SERVICER<br>CO BRIGID K NDEGE<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 NORTH CLARK STREET<br>SUITE 4300<br>CHICAGO  IL 60601-3315 |
| | CLIFTON M DUGAS  II<br>FOLEY  LARDNER LLP<br>2021 MCKINNEY AVE  SUITE 1600<br>DALLAS  TX 75201-3340 | EQUITY FUNDING  LLC<br>DEREK EDMONDS<br>11245 SE 6TH STREET  SUITE 280<br>BELLEVUE  WA 98004-6594 |
| FUND INVESTMENT 149  LLC<br>CO BLOOMFELD CAPITAL PARTNERS  LLC<br>700 FOREST AVENUE<br>BIRMINGHAM  MI 48009-6444 | KYLE S HIRSCH<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>TWO NORTH CENTRAL AVENUE  SUITE 2100<br>PHOENIX  ARIZONA 85004-4533 | MARK CALVERT  RECEIVER<br>CASCADE CAPITAL<br>1100 BELLEVUE WAY NE SUITE 8A-400<br>BELLEVUE  WA 98004-4280 |
| MELTZER  LIPPE  GOLDSTEIN  BREITSTONE<br>GARY MELTZER<br>190 WILLIS AVENUE<br>MINEOLA  NY 11501-2643 | NM INDUSTRIAL PARK  LLC<br>150 E 78TH STREET<br>NEW YORK  NY 10075-0413 | ROMSPEN INVESTMENT LLC<br>CO SPENCER L EDELMAN ESQ<br>MODRALL SPERLING 500 4TH STREET NW<br>SUIT<br>ALBUQUERQUE  NM 87102-5324 |
| ROMSPEN INVESTMENT LP<br>CO BRIGID K NDEGE<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 NORTH CLARK STREET  SUITE 4300<br>CHICAGO  ILLINOIS 60601-3315 | | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE  N<br>ALEXANDER HAMILTON CUSTOM HOUSE<br>ONE BOWLING GREEN  ROOM 534<br>NEW YORK  NY 10004-1459 |
| H BRUCE BRONSON JR<br>BRONSON LAW OFFICES  PC<br>480 MAMARONECK AVENUE<br>HARRISON  NY 10528-1621 | | |