

The UST's request is GRANTED. Today's hearing on the retention application will be an evidentiary hearing, and the UST is permitted to raise at the hearing any objections that it is not able to resolve in advance with Debtor's counsel.

SO ORDERED: July 23, 2025

/s/ Philip Bentley
United States Bankruptcy Judge

---

**U.S. Department of Justice**
Office of the United States Trustee
Southern District of New York
One Bowling Green, Suite 534
New York, New York 10004
Telephone Number 212-510-0500

July 23, 2025

Re:  *1300 Desert Willow Road, LLC,* Case No. 25-11375

To the Honorable Judge Bentley:

On July 21, 2025, 1300 Desert Willow Road, LLC (the "Debtor") filed an *Interim Application Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to Employ Colliers as Property Manager for the Property Located at 1300 Desert Willow Rd. Los Lunas, NM 87031* (the "Application").  ECF No. 19.  The Debtor served the United States Trustee with the Application, as well as notice that the Application would be heard on July 23, 2025 (the "Hearing"), via email on July 22, 2025.  The deadline for parties to object to the Application is July 23, 2025, at 2:00 p.m.

By this letter, the United States Trustee respectfully requests permission from the Court to deem the Hearing an evidentiary hearing to be conducted virtually over Zoom pursuant to Fed. R. Bankr. P. 9014(e) and Local Bankr. R. 9014-1.  The United States Trustee may wish to take testimony from William Robertson, a senior vice president and principal broker of New Mexico Real Estate Advisors, Inc., d/b/a Colliers and/or David Ebrahimzadeh, a managing director of the Debtor, regarding the Application.

The United States Trustee further submits that, given the truncated nature of this proceeding, service upon the Debtor via email before 12:00 p.m. on July 23, 2025, be deemed adequate and sufficient notice.

Finally, the United States Trustee requests leave of the Court to raise objections to the Application orally at the Hearing.

Very Truly Yours,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By:    /s/*Rachael E. Siegel*
Rachael E. Siegel
Trial Attorney