**13 WEEK BUDGET   1300 Desert Willow Road, LLC (DIP)**

| | 7/1-7/7 | 7/8-7/15 | 7/16-7/23 | 7/24-7/31 | 8/1-8/8 | 8/9-8/17 | 8/18-8/25 | 8/26-9/2 | 9/3-9/10 | 9/11-9/18 | 9/19-9/26 | 9/27-10/4 | 10/5-10/12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base Rent Income | 81,743 | | | | 81,743 | | | 81,743 | | | | 81,743 | | 326,972 |
| CAM Reimbursement | 3,620 | | | | 3,620 | | | 3,620 | | | | 3,620 | | 14,480 |
| Insurance Reimbursment | 4,451 | | | | 4,451 | | | 4,451 | | | | 4,451 | | 17,804 |
| Tax Reimbursment | 4,634 | | | | 4,634 | | | 4,634 | | | | 4,634 | | 18,536 |
| **Total Rental Income** | **94,448** | | | | **94,448** | | | **94,448** | | | | **94,448** | | **377,792** |
| Water Reimbursement | 2,000 | | | | 2,000 | | | 2,000 | | | | 2,000 | | 8,000 |
| **Total Utility Reimbusement** | **2,000** | | | | **2,000** | | | **2,000** | | | | **2,000** | | **8,000** |
| **TOTAL INCOME** | **96,448** | | | | **96,448** | | | **96,448** | | | | **96,448** | | **385,792** |
| **Property Taxes & Insurance** | | | | | | | | | | | | | | |
| Real Estate Taxes | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Property Insurance | | | | 51,714 | 25,857 | | | 25,857 | | | | 25,857 | | 129,284 |
| **Total Taxes & Insurance** | | | | **51,714** | **25,857** | | | **25,857** | | | | **25,857** | | **129,284** |
| **Contract Services** | | | | | | | | | | | | | | |
| Pest Control Contract | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Landscape Contract | | | | 655 | 655 | | | 655 | | | | 655 | | 2,620 |
| HVAC Contract | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Fire System Contract | | | | 1,800 | 453 | | | 0 | | | | 1800 | | 4,053 |
| Roof Maintenance Contract | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Generator Contract | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Maintenance Contract | | | | 200 | 200 | | | 200 | | | | 200 | | 800 |
| **Total Contract Services** | | | | **2,655** | **1,308** | | | **855** | | | | **2655** | | **7,473** |
| **Utilities** | | | | | | | | | | | | | | |
| Common - Electric | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Common-Gas | | | | 411 | 551 | | | 1,032 | | | | 304 | | 2,298 |
| Common-Telephone | | | | 139 | 139 | | | 139 | | | | 139 | | 556 |
| Common - Water/Sewer | | | | 10,792 | 7,928 | | | 2,353 | | | | 2,127 | | 23,200 |
| **Total Utilities** | | | | **11,342** | **8,618** | | | **3,524** | | | | **2,570** | | **26,054** |
| **Repairs & Maintenance** | | | | | | | | | | | | | | |
| Landscaping Repairs | | | | 1,500 | 1,500 | | | 0 | | | | 0 | | 3,000 |
| Roof Repairs | | | | 2,500 | 0 | | | 0 | | | | 0 | | 2,500 |
| **Total Repairs & Maint** | | | | **4,000** | **1,500** | | | **0** | | | | **0** | | **5,500** |
| **Administrative & Misc. Expenses** | | | | | | | | | | | | | | |
| Site Management | | | | 1,800 | 1,800 | | | 1,800 | | | | 1,800 | | 7,200 |
| NMGRT - Site Mgmt (Tax) | | | | 152 | 152 | | | 152 | | | | 152 | | 608 |
| Advertising | | | | 0 | 1,500 | | | 0 | | | | 0 | | 1,500 |
| **Total Admin & Misc** | | | | **1,952** | **3,452** | | | **1,952** | | | | **1,952** | | **9,308** |
| **Total Operating Expense** | | | | **71,663** | **40,735** | | | **32,188** | | | | **33,034** | | **41,160** |
| **Net Operating Income** | | | | **24,785** | **55,713** | | | **62,260** | | | | **63,414** | | **206,173** |
| **Owner Expense** | | | | | | | | | | | | | | |
| Estimated UST Fees | | | | | | | | 11,588 | | | | | | 11,588 |
| Owner Repair & Maintenance* | | | | 18,850 | 18,850 | | | 0 | | | | 0 | | 37,700 |
| **Total Owner Expense** | | | | **18,850** | **18,850** | | | **11,588** | | | | **0** | | **49,288** |
| **NET*** | | | | **5,935** | **36,863** | | | **50,672** | | | | **63,414** | | **156,885** |

*To be paid to Romspen as Adequate Protection.

* Owner R&M is for the rocking slab repairs in space of existing tennant Niagara. This was approved by state court and is current being repaired.

|  |  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |