UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                                                                          Chapter 11

   1300 Desert Willow Road, LLC,                          Case No.  25-11375 (PB)

Debtor.
------------------------------------x

**SUPPLEMENTAL DECLARATION TO LOCAL RULE STATEMENT 1007-2**

I, David Ebrahimzadeh, managing member and 100% owner of Corniche Sry LLC the entity that owns 100% of the Debtor that owns the property located at 1300 Desert Willow Road, Los Lunas, New Mexico (the "**Property**") state under penalty of perjury, as follows:

1. I am submitting this supplement to my declaration pursuant to local rules filed at docket number 28 in support of the Debtor's Chapter 11 filing to provide additional information pursuant to Local Bankruptcy Rule 1007-2 B related to the Debtor, which is set forth below.

**Local Rule 1007-(2)(b)(1)**

2. There is no monthly payroll or employees.

**Local Rule 1007-(2)(b)(2)**

3. No payments have been made by the Debtor for services to officers, stockholders or directors in the thirty (30) days since the case was filed..

**Local Rule 1007-(2)(b)(3)**

4. The Debtor's proposed thirteen week budget is attached hereto as "Exhibit A" and goes through the first thirty (30) day period.

Pursuant to 28 U.S.C section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York,
July 24, 2025

/s/ David Ebrahimzadeh
David Ebrahimzadeh

# EXHIBIT A
# 13 WEEK BUDGET

**13 WEEK BUDGET    1300 Desert Willow Road, LLC (DIP)**

| | 7/1-7/7 | 7/8-7/15 | 7/16-7/23 | 7/24-7/31 | 8/1-8/8 | 8/9-8/17 | 8/18-8/25 | 8/26-9/2 | 9/3-9/10 | 9/11-9/18 | 9/19-9/26 | 9/27-10/4 | 10/5-10/12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base Rent Income | 81,743 | | | | 81,743 | | | 81,743 | | | | 81,743 | | 326,972 |
| CAM Reimbursement | 3,620 | | | | 3,620 | | | 3,620 | | | | 3,620 | | 14,480 |
| Insurance Reimbursment | 4,451 | | | | 4,451 | | | 4,451 | | | | 4,451 | | 17,804 |
| Tax Reimbursment | 4,634 | | | | 4,634 | | | 4,634 | | | | 4,634 | | 18,536 |
| **Total Rental Income** | **94,448** | | | | **94,448** | | | **94,448** | | | | **94,448** | | **377,792** |
| Water Reimbursement | 2,000 | | | | 2,000 | | | 2,000 | | | | 2,000 | | 8,000 |
| **Total Utility Reimbusement** | **2,000** | | | | **2,000** | | | **2,000** | | | | **2,000** | | **8,000** |
| **TOTAL INCOME** | **96,448** | | | | **96,448** | | | **96,448** | | | | **96,448** | | **385,792** |
| **Property Taxes & Insurance** | | | | | | | | | | | | | | |
| Real Estate Taxes | | | | | 0 | 0 | | 0 | | | | 0 | | 0 |
| Property Insurance | | | | 51,714 | 25,857 | | | 25,857 | | | | 25,857 | | 129,284 |
| **Total Taxes & Insurance** | | | | **51,714** | **25,857** | | | **25,857** | | | | **25,857** | | **129,284** |
| **Contract Services** | | | | | | | | | | | | | | |
| Pest Control Contract | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Landscape Contract | | | | 655 | 655 | | | 655 | | | | 655 | | 2,620 |
| HVAC Contract | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Fire System Contract | | | | 1,800 | 453 | | | 0 | | | | 1800 | | 4,053 |
| Roof Maintenance Contract | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Generator Contract | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Maintenance Contract | | | | 200 | 200 | | | 200 | | | | 200 | | 800 |
| **Total Contract Services** | | | | **2,655** | **1,308** | | | **855** | | | | **2655** | | **7,473** |
| **Utilities** | | | | | | | | | | | | | | |
| Common - Electric | | | | 0 | 0 | | | 0 | | | | 0 | | 0 |
| Common-Gas | | | | 411 | 551 | | | 1,032 | | | | 304 | | 2,298 |
| Common-Telephone | | | | 139 | 139 | | | 139 | | | | 139 | | 556 |
| Common - Water/Sewer | | | | 10,792 | 7,928 | | | 2,353 | | | | 2,127 | | 23,200 |
| **Total Utilities** | | | | **11,342** | **8,618** | | | **3,524** | | | | **2,570** | | **26,054** |
| **Repairs & Maintenance** | | | | | | | | | | | | | | |
| Landscaping Repairs | | | | 1,500 | 1,500 | | | 0 | | | | 0 | | 3,000 |
| Roof Repairs | | | | 2,500 | 0 | | | 0 | | | | 0 | | 2,500 |
| **Total Repairs & Maint** | | | | **4,000** | **1,500** | | | **0** | | | | **0** | | **5,500** |
| **Administrative & Misc. Expenses** | | | | | | | | | | | | | | |
| Site Management | | | | 1,800 | 1,800 | | | 1,800 | | | | 1,800 | | 7,200 |
| NMGRT - Site Mgmt (Tax) | | | | 152 | 152 | | | 152 | | | | 152 | | 608 |
| Advertising | | | | 0 | 1,500 | | | 0 | | | | 0 | | 1,500 |
| **Total Admin & Misc** | | | | **1,952** | **3,452** | | | **1,952** | | | | **1,952** | | **9,308** |
| **Total Operating Expense** | | | | **71,663** | **40,735** | | | **32,188** | | | | **33,034** | | **41,160** |
| **Net Operating Income** | | | | **24,785** | **55,713** | | | **62,260** | | | | **63,414** | | **206,173** |
| **Owner Expense** | | | | | | | | | | | | | | |
| Estimated UST Fees | | | | | | | | 11,588 | | | | | | 11,588 |
| Owner Repair & Maintenance* | | | | 18,850 | 18,850 | | | 0 | | | | 0 | | 37,700 |
| **Total Owner Expense** | | | | **18,850** | **18,850** | | | **11,588** | | | | **0** | | **49,288** |
| **NET*** | | | | **5,935** | **36,863** | | | **50,672** | | | | **63,414** | | **156,885** |

*To be paid to Romspen as Adequate Protection.

* Owner R&M is for the rocking slab repairs in space of existing tennant Niagara. This was approved by state court and is current being repaired.