BRONSON LAW OFFICES, P.C.  
*Proposed Counsel for the Debtor*  
480 Mamaroneck Ave.  
Harrison, NY 10528  
914-269-2530 (tel.)  
888-908-6906 (fax)  
H. Bruce Bronson  
hbbronson@bronsonlaw.net  

**PRESENTMENT DATE AND TIME:**  
**August 29, 2025, at 12:00 Noon**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:

    1300 Desert Willow Road, LLC,

                            Debtor.

Case No. 25-11375 (pb)

Chapter 11

---------------------------------------------------------x

**NOTICE OF PRESENTMENT OF ORDER AUTHORIZING THE RETENTION OF BRONSON LAW OFFICES P.C. AS BANKRUPTCY COUNSEL**

**PLEASE TAKE NOTICE** that upon the annexed application (the "Application") of BRONSON LAW OFFICES, P.C. (the "Firm") on behalf of debtor 1300 Desert Willow Road, LLC (the "Debtor") pursuant to section 327(a) of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), and Bankruptcy Rule 2014(a) seeking authority to employ the firm as counsel, the annexed order will be presented to the Honorable Philip Bentley, United States Bankruptcy Judge at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601, on or after **August 29, 2025** at 12:00 p.m. (Eastern).

**PLEASE TAKE FURTHER NOTICE**, that a copy of the application in support of the proposed order is available on the Bankruptcy Court website, www.nysb.uscourts.gov, and from the undersigned on request.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, should be filed and served upon the undersigned seven (7) days prior to the presentment date with a copy delivered to the Bankruptcy Judge's Chambers on or before the presentment date. In the event that no objections are interposed, the proposed order may be entered.

Dated: Harrison, NY
      August 11, 2025

                                                      **BRONSON LAW OFFICES, P.C.**

                                                      */s/H. Bruce Bronson*
                                                      H. Bruce Bronson, Esq.