**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

**H. Bruce Bronson, Jr., Esq.**
**(admitted NY & the District Court of CT)**
**Email: hbbronson@bronsonlaw.net**

**Allen A. Kolber, Esq.**
**(admitted NY)**
**Of Counsel**
**Email: akolber@kolberlegal.com**

**Carl Nelson, Esq.**
**(admitted NY)**
**Of Counsel**
**Email: carl@cnelsonlaw.com**

August 11, 2025

**VIA FIRST CLASS MAIL:**
Honorable Philip Bently
United States Bankruptcy Court
One Bowling Green, Suite 602
New York, NY 10004-1408

**Re: 1300 Desert Willow Road, LLC; case no.:25-11375**

Dear Judge Bently:

Please find attached a letter of intent ("LOI") from a company to lease 201,637 Square Feet of space on the Debtor's property. This letter of intent is subject to ongoing negotiation with the Debtor.

We provide this LOI to demonstrate the leasing activity that has recently occurred.

    Very truly yours,

    */s/ H. Bruce Bronson*
    H. Bruce Bronson

cc: Brigid Ndege, Esq.
    Jarret P. Hitchings, Esq.
    Rachel Siegel, Esq.