**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

**H. Bruce Bronson, Jr., Esq.**
**(admitted NY & the District Court of CT)**
**Email:** hbbronson@bronsonlaw.net

**Allen A. Kolber, Esq.**
**(admitted NY)**
**Of Counsel**
**Email:** akolber@kolberlegal.com

**Carl Nelson, Esq.**
**(admitted NY)**
**Of Counsel**
**Email:** carl@cnelsonlaw.com

August 11, 2025

**VIA FIRST CLASS MAIL:**
Honorable Philip Bently
United States Bankruptcy Court
One Bowling Green, Suite 602
New York, NY 10004-1408

        **Re: 1300 Desert Willow Road, LLC; case no.:25-11375**

Dear Judge Bently:

Please find attached an appraisal that the Debtor obtained in 2023 related to an effort to obtain alternative financing at that time. The appraisal assumes the existence of an additional lease that never came to fruition. Therefore, the Debtor does not represent that this is a precise current valuation of the property.

However, the Debtor respectfully submits the appraisal in support of the validity and reasonableness of the Debtor's estimation of its property value in the range of between $40,000,000 and $50,000,000.

Thank you for your attention to this matter.

    Very truly yours,


    */s/ H. Bruce Bronson*
    H. Bruce Bronson

cc: Brigid Ndege, Esq.
    Jarret P. Hitchings, Esq.
    Rachel Siegel, Esq.