UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

1300 Desert Willow Road, LLC,

      Debtor.

Chapter 11

Case No. 25-11375 (pb)

---

### ORDER DENYING MOTION TO DISMISS CHAPTER 11 CASE OR ALTERNATIVELY, APPOINT A CHAPTER 11 TRUSTEE

Upon the motion (the "Motion") for Romspen Investment LP, as agent and servicer for TIG Romspen US Master Mortgage LP and Fund Investment 149, LLC (Rompsen") for entry of an order dismissing this chapter 11 case, or, in the alternative, to appoint a chapter 11 trustee; and the Court having held a hearing on August 12, 2025 (the "Hearing") in connection with the Motion; and this Court having reviewed the Motion and having heard the statements and argument presented at the Hearing; and it appearing that notice of the Motion was proper; after due deliberation and for the reasons set forth on the record at the Hearing, it is hereby:

**Ordered** that the Motion is denied without prejudice.

Dated: New York, New York
       August 22, 2025

                                                          /s/ Philip Bentley
                                                          **Honorable Philip Bentley**
                                                          **United States Bankruptcy Judge**