UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

1300 Desert Willow Road, LLC,

         Debtor.

Chapter 11

Case No. 25-11375 (pb)

**FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b)
AUTHORIZING THE RETENTION OF COLLIERS AS PROPERTY MANAGER FOR
THE PROPERTY LOCATED AT 1300 DESERT WILLOW RD. LOS LUNAS, NM 87031**

UPON the application dated July 21, 2025, the ("Application") of the captioned debtor (the "Debtor"), seeking the entry of an order authorizing the retention of New Mexico Real Estate Advisors, Inc., d/b/a Colliers ("Colliers") as property manager to the Debtor (the "Application") to manage the property located at 1300 Desert Willow Rd., Los Lunas, New Mexico (the "Property"); and the Court having held a hearing on August 12, 2025; and an order authorizing the retention of Colliers on an interim basis having been entered by the Court on Autust 4, 2025[ECF Dkt. No. 34]; and a Notice of Hearing for a final order retaining Colliers having been entered on July 25, 2025 [ECF Dkt. No. 32] and served [ECF Dkt. No. 33]; and upon the hearing held on August 12, 2025; and upon due deliberation it appearing that the services proposed to be performed by Colliers are necessarily required by the Debtor, and there being no objection to the relief sought in the Application or such objection having been withdrawn, it appearing that Colliers is a disinterested party and does not hold or represent any interest adverse to the Debtor or the bankruptcy estate, it is hereby:

**ORDERED**, that the Application is granted on a final basis to the extent set forth herein; and it is

**ORDERED**, that the Debtor is authorized to employ and retain Colliers as property manager for the Property as set forth in the proposed agreement annexed to the Application pending and it is

**ORDERED**, this Court shall retain jurisdiction with respect to matters arising out of the implementation or interpretation of this Order and related to the services provided by Colliers authorized hereunder.

Dated: New York, New York
       August 22, 2025

<u>/s/ Philip Bentley</u>
**Honorable Philip Bentley**
**United States Bankruptcy Judge**