Brigid K. Ndege (NY Bar No. 5046925)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone:    (312) 602-5000
Facsimile:    (312) 602-5050
Email:    brigid.ndege@bclplaw.com

Jarret P. Hitchings (Admitted *Pro Hac Vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone:    (704) 749-8965
Facsimile:    (704) 749-8990
Email:    jarret.hitchings@bclplaw.com

Kyle S. Hirsch (Admitted *Pro Hac Vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004
Telephone:    (602) 364-7000
Facsimile:    (602) 364-7070
Email:    kyle.hirsch@bclplaw.com

*Counsel to Romspen Investment LP, as agent and servicer for TIG Romspen US Master Mortgage LP and Fund Investment 149, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **1300 Desert Willow Road, LLC,** | **Case No. 25-11375 (PB)** |
| **Debtor.** | |

### ROMSPEN'S LIMITED RESPONSE
### TO DEBTOR'S APPLICATION TO EMPLOY COLLIERS AS APPRAISER

Secured creditor Romspen Investment LP ("Romspen Investment"), as agent and servicer for TIG Romspen US Master Mortgage L.P. ("TIG") and Fund Investment 149, LLC ("Fund Investment," collectively with TIG and Romspen Investment, "Romspen"), hereby files this limited response (the "Response") to *Debtor's Application Pursuant to 11 U.S.C. §§ 105(a) and 327 to Employ Colliers as Appraiser for the Property Located at 1300 Desert Willow Rd. Los*

1

*Lunas, NM 87031* [ECF No. 57] (the "Employment Application")[1] filed by 1300 Desert Willow Road, LLC, (the "Debtor") and, in support thereof states as follows:

1. By the Employment Application, the Debtor seeks to employ Colliers and Conner Marshall (collectively, "Colliers") to appraise the Debtor's Property in connection with a hearing on the Debtor's proposed use of cash collateral scheduled for September 26, 2025 (the "Hearing"). The proposed terms of Colliers' engagement include payment of a $15,000 deposit plus hourly fees for litigation support services and expenses. *See* ECF No. 57 at Ex. A. While the Employment Application states that Debtor's counsel or a third party will pay these fees, it does not identify the proposed third-party. It is further unclear whether the Debtor has actually paid the $15,000 fee, especially because the Debtor has not filed *any* operating reports during the course of this case.

2. Romspen is not taking a position with respect to the Debtor's proposed engagement of Colliers to conduct an appraisal of the Property, but reserves all of its rights including to object to Colliers' tender as an expert at the Hearing or for any other evidentiary purpose. Romspen does object, however, to the Debtor paying Colliers from its cash collateral, including from any rents or other proceeds derived from the Property. Romspen has not consented to such use, and the currently-approved interim cash collateral budget does not include any amounts for this purpose. *See* ECF No. 50 (strictly limiting the Debtor's use of cash collateral to the budgeted line items).

---

[1] Capitalized terms not otherwise defined herein are intended to have the meaning given in the Employment Application.

2

WHEREFORE, Romspen respectfully request that any order on the Employment Application expressly provide that Colliers's fees and expenses shall not be paid from Romspen's cash collateral or rents or other proceeds derived from the Property without Romspen's express consent, together with such other conditions as the Court deems just and proper.

DATED this 9th day of September 2025.

        **BRYAN CAVE LEIGHTON PAISNER LLP**

        */s/     Brigid K. Ndege*
        Brigid K. Ndege (NY Bar No. 5046925)
        161 North Clark Street, Suite 4300
        Chicago, IL  60601-3315
        Telephone:    (312) 602-5000
        Facsimile:     (312) 602-5050
        Email:          brigid.ndege@bclplaw.com

        Kyle S. Hirsch (Admitted *Pro Hac Vice*)
        Two North Central Avenue, Suite 2100
        Phoenix, AZ 85004
        Telephone:    (602) 364-7000
        Facsimile:     (602) 364-7070
        Email:          kyle.hirsch@bclplaw.com

        Jarret P. Hitchings (Admitted *Pro Hac Vice*)
        301 S. College Street, Suite 2150
        Charlotte, NC 28202
        Telephone:    (704) 749-8965
        Facsimile:     (704) 749-8990
        Email:          jarret.hitchings@bclplaw.com

        ***Attorneys for Romspen Investment LP, as agent and service for TIG Romspen US Master Mortgage LP and Fund Investment 149, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I directed that a true and correct copy of this document be served on any attorney who has appeared of record, through the Court's ECF notification system, as follows:

- H. Bruce Bronson, Jr. on behalf of Debtor 1300 Desert Willow Road, LLC
  ecf@bronsonlaw.net; bbronson@bronsonlaw.net;
  bronson.h.bruceb126820@notify.bestcase.com

- Rachael Siegel on behalf of U.S. Trustee United States Trustee
  rachael.e.siegel@usdoj.gov

- United States Trustee
  USTPRegion02.NYECF@USDOJ.GOV

The following parties received notice via first class mail:

- Clifton M. Dugas, II
  Foley & Lardner LLP
  2021 McKinney Avenue, Suite 1600
  Dallas, TX 75201-3340

- Equity Funding, LLC
  Attn: Derek Edmonds
  11245 SE 6th Street, Suite 280
  Bellevue, WA 98004-6594

- Fund Investment 149, LLC
  c/o Bloomfeld Capital Partners, LLC
  700 Forest Avenue
  Birmingham, MI 48009-6444

- Mark Calvert, Receiver
  Cascade Capital
  1100 Bellevue Way NE, Suite 8A-400
  Bellevue, WA 98004-4280

- Meltzer, Lippe, Goldstein & Breitstone
  Attn: Gary Meltzer
  190 Willis Avenue
  Mineola, NY 11501-2643


- NM Industrial Park, LLC
  150 E 78th Street
  New York, NY 10075-0413

- Romspen Investment LLC
  c/o Spencer L. Edelman
  Modrall Sperling
  500 4th Street, Suite 1000
  Alburquerque, NM 87102-53624

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/     Brigid K. Ndege*
 Brigid K. Ndege (NY Bar No. 5046925)
 161 North Clark Street, Suite 4300
 Chicago, Illinois 60601-3315
 Telephone: (312) 602-5000
 Email: brigid.ndege@bclplaw.com