UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                    Chapter 11
                                                          Case No. 25-11375 (PB)

1300 Desert Willow Road, LLC,


                              Debtor.
-------------------------------------------------------------X

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. **Name(s) of the appellant(s):**

   1300 Desert Willow Road

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ✓ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe)_____ | ☐ Trustee |
|  | ☐ Other (describe)_____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: ORDER MEMORIALIZING THE COURT'S DECISION ON COMPETING PLANS AND DISCLOSURE STATEMENTSOF THE DEBTOR AND ROMPSEN INVESTMENT LP, ENTERED FEBRUARY 24, 2026 .

2. State the date on which the judgment, order, or decree was entered: February 24, 2026

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

*1300 Desert Willow Road, LLC,*
*Attorney H. Bruce Bronson*
*480 Mamaroneck Ave.*
*Harrison, NY 10528*
*914-269-2530*


**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

> Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign below**

/s/H. Bruce Bronson                                           Date:   February 26, 2026
H. Bruce Bronson, Esq.
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530
hbbronson@bronsonlaw.net